

Filed
D.C. Superior Court
02/18/2016 08:08AM
Clerk of the Court

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

CHRISTOPHER WAKEFIELD
Plaintiff

vs. Case Number 2016 CA 000572 B

PRO FISH, OCEAN PRO INDUSTRIES
Defendant

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

ALEXANDER PENLEY
Name of Plaintiff's Attorney

*Clerk of the Court*

4111 CRITTENDEN STREET
Address

By Deputy Clerk

HYATTSVILLE, MD 20781

(917) 582-8172
Telephone

Date 02/18/2016

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

CHRISTOPHER WAKEFIELD
Demandante

contra

Número de Caso: 2016 CA 000572 B

PRO FISH, OCEAN PRO INDUSTRIES
Demandado

**CITATORIO**

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

ALEXANDER PENLEY
Nombre del abogado del Demandante

*SECRETARIO DEL TRIBUNAL*

4111 CRITTENDEN STREET
Dirección
HYATTSVILLE, MD 20781

Por: ______________________
Subsecretario

(917) 582-8172
Teléfono

Fecha ______________________

如需翻译,请打电话 (202) 879-4828 Veuillez appeler au (202) 879-4828 pour une traduction Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시요 የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

DO NOT COMPLETE

Filed
D.C. Superior Court
01/22/2016 14:37PM
Clerk of the Court

# Superior Court of the District of Columbia

CIVIL DIVISION [illegible]

INFORMATION SHEET

[illegible]

NATURE OF SUIT: [illegible]

A. CONTRACTS

COLLECTION CASES

[illegible]

B. PROPERTY TORTS

[illegible]

C. PERSONAL TORTS

[illegible]

Case 1:16-cv-01176-CRC   Document 1-1   Filed 06/20/16   Page 4 of 7



**IN THE SUPERIOR COURT OF WASHINGTON, DISTRICT OF COLUMBIA**

**MR. CHRISTOPHER WAKEFIELD**

**521 Capital Heights BLVD,**

**Capital Heights, MD 20743** **PLAINTIFF**

**CAUSE NO. ________________**

**V.**

**PRO FISH/OCEAN PRO INDUSTRIES**

**1900 Fenwick Street NE,**

**Washington, DC 20002** **DEFENDANT**

COMES NOW **MR. CHRISTOPHER WAKEFIELD**, Plaintiff for the above styled and numbered cause, by and through his attorney, and files complaint against Defendant **PRO FISH/OCEAN PRO INDUSTRIES** and support thereof will show the supporting reliefs and factors:

1. Plaintiff is an adult resident of CAPITAL HEIGHTS, MD
2. Defendant **PRO FISH/OCEAN PRO INDUSTRIES** is, and at all times mentioned in this complaint has been a company organized and existing under the laws of the District of Columbia and regularly preforming business in Washington, DC with its principal place of business being 1900 Fenwick Street NE, Washington DC 20002
3. Defendant recently employed Plaintiff, starting **03/15**, under a contract which was written. The terms of the contract provided that Plaintiff would be paid **$13.50 per hour** for serving as a Driver for Defendant at 1900 Fenwick Street NE, Washington DC, 20002
4. This Employment was to total **15 hours per week** for a total of **$202.50 per week**.
5. On May 4, 2015 Mr. Wakefield encountered an injury during his regular course of business for Defendant which left him unable to work for several months
6. When Mr. Wakefield asked for reasonable accommodation to assist with his work related injury Defendant retaliated by offering Mr. Wakefield alternate working conditions he could not do due to his injury, directly in opposition to doctor' and refused to pay him his

earned workers compensation. Violating Workers Compensation legislation as well as the Americans with Disabilities Act.

7. As Plaintiff has been unable to return to the work for which he was under contract to date Defendant owes him **$9,112.50 (45 weeks at $202.50 per week)** for his earned workers compensation as of the end of the week coinciding with the date of this claim filing **(1/22/2016)** as well as the standard interest rates relating to this previously owed money.
8. Defendant shall continue to owe Plaintiff **$202.50 per week** until payment of the claimed judgment when it is ordered by this court.
9. As a result of not being paid as required Plaintiff has been unable to pay several bills which has cost him **$133.35** in late fees.
10. Defendant's failure to pay Plaintiff the amount due and owing Plaintiff as specified above was and has been willful in that Plaintiff has made both verbal and written demands for this payment but Defendant has refused to pay any part of the amount due and owing Plaintiff.

Wherefore, Plaintiff requests judgment against Defendant for:

1. Compensatory Damages in the amount of **$21,500**, representing wages and other compensation earned by and owed to Plaintiff to date.
2. Costs inflicted, as late fees, on Plaintiff as a direct result of being unable to **$62.00** Direct tv **$25.00** Verizon phone Bill is **$10.00**
3. Fair and statutory interest rates dating from **5/4/2015** and continuing to date.
4. Punitive damages in the amount of **$10,000** to send a message from this court that denying Workers Compensation Claims when there is no question but that the Worker has been damaged during the course of business is not an acceptable choice.
5. Any and all legal costs incurred herein including reasonable attorney fees and cost for filing suit.
6. Such other and further relief as the court finds just and proper.

Respectfully Submitted,

MR. CHRISTOPHER WAKEFIELD

By: ALEXANDER PENLEY,LLM
State Bar No. 993230
His Attorney

OF COUNSEL

ALEXANDER PENLEY, LLM

Attorney for CA and DC, Solicitor for England and Wales

4111 Crittenden Street

Hyattsville, MD 20781

(917) 582-8172